UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION



## TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

Now comes Lydia S. Meyer, Chapter 13 Standing Trustee, pursuant to 11 U.S.C. Sec.
347 and Rule 3001 of the Federal Rules of Bankruptcy Procedure, and provides the following
report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The Standing Trustee has been duly appointed, qualified and continues to
   serve as the Standing Trustee in the cases listed on the Attached Exhibit
   "A".
2. In furtherance of her duties, the Standing Trustee sent Distribution or
   Refund checks via U.S. Mail to those Creditors or Debtors with no
   success.
3. The Distribution or Refund checks for these Creditors or Debtors have
   been returned to the Standing Trustee marked "Return to Sender, No
   Forwarding Address" or the checks have not been cashed within 90 days
   of the date of their distribution.   All reasonable attempts have been
   expended to locate these Creditors or Debtors with no success.
4. By reason of the foregoing, the Standing Trustee has stopped payment on
   the Distribution or Refund checks and has deposited these unclaimed
   funds by payment of same to the Clerk of the Bankruptcy Court pursuant
   to Sec. 347 of the Bankruptcy Code.

Respectfully Submitted,

Lydia S. Meyer, Chapter 13 Trustee

DATE: 3/27/01

EOD   APR 1 0 2001

46

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

### NOTICE OF FILING

NOW COMES, Lydia S. Meyer, Standing Chapter 13 Trustee for the Northern

District of Illinois, Western Division, and states that on this date a Trustee's Report of Deposit of

Unclaimed Property, a copy of which is attached hereto was filed with the United States

Bankruptcy Clerk of the Northern District of Illinois, Western Division.

Dated:  3/27/01

_____
SIGNATURE NOT VALID ON CHECKS
Lydia S. Meyer, Chapter 13 Trustee

LYDIA S. MEYER, Trustee
308 West State Street
Suite 212
Post Office Box 14127
Rockford, IL 61105-4127
Telephone: 815/968-5354
Fax: 815/968-5368

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| NAME & CASE NUMBER | CREDITOR & ADDRESS | CHECK# | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| ANTHONY EUGENE & LETICIA ESQUIUIAS<br>00-B-72026 | ANTHONY EUGENE & LETICIA ESQ SO<br>1434 CLIFTON AVENUE<br>ROCKFORD, IL 61102 | 1205579 | 70.00 |
| SHERRIS L. WILLIAMS<br>97-B-51732 | SHERRIS L. WILLIAMS<br>1730 REMINGTON AVE<br>ROCKFORD, IL 61108 | 1205531 | 46.16 |
| MARK P. & CARLA A. DAL SANTO<br>97-B-50502 | COMED CO<br>2100 SWIFT ROAD<br>BANKRUPTCY SECTION/SYSTEM CREDIT<br>OAKBROOK, IL 60523 | 1203672 | 1,587.19 |
| PATRICE D. BRADFORD<br>99-B-50952 | COMED CO<br>2100 SWIFT ROAD<br>BANKRUPTCY SECTION/SYSTEM CREDIT<br>OAKBROOK, IL 60523 | 10203672 | 70.00 |
| SHERRIS L. WILLIAMS<br>97-B-51732 | SHERRIS L. WILLIAMS<br>1730 REMINGTON AVE<br>ROCKFORD, IL 61108 | 1203620 | 113.84 |
| MICHAEL J. & ELIZABETH C. CANNEGIE<br>96-B-52967 | BOONE COUNTY CLERK<br>601 N. MAIN STREET<br>BELVIDERE, IL 61008 | 1204707 | 16.00 |
| MERCEDES E. WEBSTER<br>98-B-51558 | COMED CO<br>2100 SWIFT ROAD<br>BANKRUPTCY SECTION/SYSTEM CREDIT<br>OAKBROOK, IL 60523 | 8203672 | 39.00 |

EXHIBIT  A  2 of 2 pages

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| NAME & CASE NUMBER | CREDITOR & ADDRESS | CHECK# | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| MARK P. & CARLA A. DAL SANTO 97-B-50502 | COMMERCIAL COLLECTION PO BOX 17009 ROCKFORD , IL 61110 | 1205522 | 2,555.03 |
| BENJAMIN FRANCIS GRACEFFA, JR. 96-B-52898 | COMMERCIAL COLLECTION PO BOX 17009 ROCKFORD , IL 61110 | 1205593 | 96.14 |
| R. LEE & ELAINE D. MORRISON 97-B-51923 | COMED CO 2100 SWIFT ROAD BANKRUPTCY SECTION/SYSTEM CREDIT OAKBROOK, IL 60523 | 4203672 | 36.00 |
| MARK P. & CARLA A. DAL SANTO 97-B-50502 | COMED CO 2100 SWIFT ROAD BANKRUPTCY SECTION/SYSTEM CREDIT OAKBROOK, IL 60523 | 1205464 | 24.21 |
| DAVID D SPENCER 96-B-51349 | FIRSTAR BANK NA ATTN: MARY HAMLIN PO BOX 5227 TRAM CN-TX-05 CINCINNATI, OH 45201 | 3203689 | 50.00 |